# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DAVID A. CLARKE, JR.,

                Plaintiff,

v.

CHRIS ABELE,

                Defendant.

Case No. 16-CV-208-JPS

## JUDGMENT

Decision by Court. This action came on for consideration before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss (Docket #2) be and the same is hereby GRANTED; and,

    IT IS FURTHER ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED.

APPROVED:

_J.P. Stadtmueller_
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

April 21, 2016        s/Nancy A. Monzingo
Date                      By: Deputy Clerk